AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas

# United States District Court

SEP 30 2019

SOUTHERN DISTRICT OF TEXAS

McALLEN DIVISION

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Jose Omar Hernandez-Quintanilla

## CRIMINAL COMPLAINT

Case Number: M-19-2334-M

IAE  YOB: 1977
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 29, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Jose Omar Hernandez-Quintanilla was encountered by Border Patrol Agents near Mission, Texas on September 29, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 29, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on April 14, 2018 through Nogales, Arizona. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On January 27, 2017, the defendant was convicted of 8 USC 1326 and sentenced to twenty-four (24) months confinement and thirty-six (36) months supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved by Scott V. Greenbaum, AUSA

_____
Signature of Complainant
Carlos A. Sanchez    Border Patrol Agent

September 30, 2019   3:08 p.m.

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer